# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN KIEFFER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:24-cv-00490-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 10)<br><br>DEADLINE: JULY 29, 2024 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment shall be filed on or before July 29, 2024.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE

1