UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN KIEFFER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:24-cv-00490-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 15) |

On July 29, 2024, Plaintiff filed a motion for summary judgment and pursuant to the scheduling order, filed April 25, 2024, Defendant's responsive pleading is due within thirty days. (ECF Nos. 5 at 2; ECF No. 15.)  On August 7, 2024, a stipulation was filed for a thirty-day extension of time for Defendant to respond to Plaintiff's motion for summary judgment.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's motion for summary judgment on or before September 27, 2024.

IT IS SO ORDERED.

Dated:   **August 8, 2024**

UNITED STATES MAGISTRATE JUDGE

1