# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN KIEFFER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-00490-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 20) |

On December 26, 2024, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d). (ECF No. 20.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of SIX THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($6,700.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **December 27, 2024**

STANLEY A. BOONE
United States Magistrate Judge